```
 1  Patricia Barlow State Bar #135637
    BARLOW LAW
 2  1611 Jackson Street
    San Francisco, California 94109
 3  Ph. (415) 971 9720
    Attorney for Plaintiff
 4
                       UNITED STATES DISTRICT COURT
 5
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
 6
                             San Jose Division
 7

 8

 9  SANDRA SRIGLEY, as Personal   )  CASE NO. 5:22-cv-01589-PCP
    Representative of the Estate  )
10  of William Richard Srigley,   )  (IN ADMIRALTY)
    deceased,                     )
11                                )
              Plaintiff,          )  STIPULATION AND [PROPOSED]
12                                )  ORDER TO EXTEND DEADLINE TO
    vs.                           )  COMMENCE MEDIATION
13                                )
    MONTEREY PENINSULA YACHT      )
14  CLUB, INC., a California      )
    Corporation; WEST MARINE      )
15  PRODUCTS-FLORIDA, Inc., a     )
    Florida Corporation,          )
16                                )
              Defendants          )
17  _____)
```

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record herein, that the deadline to commence mediation be continued from August 23, 2023. The parties' attorneys have agreed to mediation commencing on September 26, 2023 by court appointed mediator James Nebel as a means potentially to resolve this lawsuit as to all claims and as to all parties. Mediator has confirmed his availability on that date, and has communicated with ADR Case Administrator Alice Fiel in this regard.

      The date of September 26, 2023 is the first date for mediation for which the parties, clients and mediator are available.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMMENCE MEDIATION

Furthermore, with the additional time, the parties anticipate that more discovery will be completed which should be of benefit to a potential resolution through the mediation process. The parties believe the above constitutes "good cause" for the court to adopt the stipulation as the court's order.

The parties through their respective attorneys respectfully request that the Court grant this extension of the mediation commencement deadline so that mediation may proceed on a date convenient for all.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System.  In this regard, counsel for plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) both defense counsel have concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered. SO STIPULATED.

DATED: Aug. 28, 2023        _____*Patricia Barlow*_____
                             Patricia Barlow
                             Attorney for Plaintiff
                             Sandra Srigley

DATED: Aug. 28, 2023        _____/J/Girarde_____
                             John Girarde
                             Attorney for Defendant
                             The Monterey Peninsula Yacht Club, Inc.

DATED: Aug. 28, 2023        _____/E/McNulty_____
                             Elizabeth McNulty
                             Attorney for Defendant West Marine Products-Florida, Inc.

**[PROPOSED]** ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED** that the commencement of mediation deadline of this case be extended to September 26, 2023 commencing at 10.00 am.

```
IT IS SO ORDERED.
Dated: August 29, 2023
```

_____
Hon. P. Casey Pitts
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**
SRIGLEY v. MPYC et al

I am the principal of BARLOW LAW located at 1611 Jackson St, San Francisco, CA 94108 in the City and County of San Francisco. I am over the age of eighteen (18) and not a party to this action. On August 28, 2023, I served the document(s) entitled:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMMENCE MEDIATION**

upon the following parties:

**BY ELECTRONIC TRANSMISSION:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 28, 2023, I checked the CM/ECF docket for this proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below.

| | |
|---|---|
| John P. Girarde, Esquire<br>jgirarde@mpbf.com<br>Timothy Halloran, Esquire<br>thalloran@mpbf.com<br>Murphy, Pearson, Bradley & Feeney, P.C.<br>580 California Street<br>San Francisco, CA 94104<br>Ph 415 788 1900 | **ATTORNEYS FOR** Defendant<br>The Monterey Peninsula Yacht Club, Inc. |
| Elizabeth McNulty, Esquire<br>emcnulty@efsmmlaw.com<br>Joshua Cools, Esquire<br>jcools@efsmmlaw.com<br>Evans Fears Schuttert McNulty Mickus<br>4440 Von Karman Avenue, Suite 250<br>Newport Beach, CA 92660 | **ATTORNEYS FOR** Defendant<br>West Marine Products-Florida, Inc. |

I declare under penalty of perjury, in accordance with 28 U.S.C. §1746 and the laws of the State of California and the laws of The United States, that the foregoing is true and correct.

Executed on August 28, 2023, at San Francisco.

/s/ *Patricia Barlow*
Patricia Barlow