UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA SRIGLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>MONTEREY PENINSULA YACHT CLUB, INC, et al.,<br><br>        Defendants. | Case No. 22-cv-01589-PCP<br><br>**ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Re: Dkt. No. 74 |

Plaintiff Sandra Srigley filed this action for wrongful death and survival damages in her capacity "as Personal representative of the Estate of William Richard Srigley, deceased." Dkt. No. 28, at 1. She asserts five claims, including three against defendant Monterey Peninsula Yacht Club, Inc. Before the Court is MPYC's motion for judgment on the pleadings. MPYC seeks dismissal of all claims being brought in Mrs. Srigley's "individual capacity" on the basis that such claims are barred by Mrs. Srigley's previous dismissal with prejudice of a state court action. In her opposition, Mrs. Srigley states that she is not asserting any claims as "an individual." Dkt. No. 82, at 12–13. In reply, MPYC states that Mrs. Srigley "seems to acknowledge that she is not seeking any recovery in her personal capacity, but rather is only bringing this action in her capacity as the Personal Representative" of Mr. Srigley's estate, and that "[t]his is exactly what MPYC is arguing in this Motion." Dkt. No. 87, at 2 n.1.

Given the parties' agreement, confirmed at oral argument, that Mrs. Srigley is not in this action asserting any claims in her individual capacity, MPYC's motion is denied as moot. MPYC may of course still contest the Estate's entitlement to pursue particular causes of action or to recover particular forms of damages at a later stage in this litigation as appropriate.

1    As the Court directed at the hearing, the parties shall meet and confer at least one week in
2    advance of the filing of any future motion in this case, in order to determine whether they can
3    agree upon the issues presented and narrow the scope of their disagreements. Future motions shall
4    include a declaration confirming that the parties have complied with this requirement.

6    **IT IS SO ORDERED.**

7    Dated: February 1, 2024

_____
P. Casey Pitts
United States District Judge