UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA SRIGLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>MONTEREY PENINSULA YACHT CLUB, INC., and others,<br><br>        Defendants. | Case No. 22-cv-01589 PCP (NC)<br><br>**ORDER ADDRESSING DISCOVERY COMMUNICATION** |

At the discovery hearing today, the Court addressed communication suggestions made by counsel for Plaintiff and West Marine and ordered as follows:

- As to future discovery disputes, the attorneys must meet and confer and then exchange proposed portions of any joint discovery filings by 5:00 p.m. the day before filing.
- As to written discovery communications, the communications should include all counsel of record.
- The Court defers ruling on the suggestion of appointment of a discovery referee. Such an appointment would need to include the views of the Yacht Club.

**IT IS SO ORDERED.**

Dated: September 26, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge